UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____USA_____,
  Plaintiff(s),

v.

__Dwayne Johnson__
  Defendant(s).
------------------------------------------------------------x

9/28/23

**CALENDAR NOTICE**

23 CR 468-1 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference        ___ Final pretrial conference

___ Telephone conference   ___ Jury selection and trial

___ Pre-motion conference  ___ Bench trial

___ Settlement conference  ___ Suppression hearing

___ Oral argument          ___ Plea hearing

___ Bench ruling on motion ___ Sentencing

on __10/10__, 20 __23__, at __11:00 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from _9-27-23_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __9-28-__, 20 __23__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge