UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                                              :      **ORDER**
v.                                                           :
                                                              :      23 CR 468 (VB)
DWAYNE JOHNSON,                         :
                              Defendant.      :
--------------------------------------------------------x

      Defendant Dwayne Johnson, who is represented by retained counsel in this case, has submitted a motion for a bill of particulars on his own, which he says is "to clarify the specific theory upon which the Government intends to rely." (Doc. #21).

      The motion is DENIED WITHOUT PREJUDICE.

      The Court will not accept motions or other submissions directly from a represented defendant in a criminal case. Defense counsel is directed to inform Mr. Johnson that he may not make such submissions, and that any further submission directly from him will be disregarded.

Dated: October 17, 2023
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge