UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

DWAYNE JOHNSON,
                       Defendant.
-----------------------------------------------------------x

**ORDER**

23 CR 468-1 (VB)

      On November 2, 2023, the Court received a letter, dated October 24, 2023, from defendant Johnson. In the October 24 letter, defendant discharges his retained counsel, Richard Portale, Esq. Chambers forwarded defendant's letter to Mr. Portale, and asked Mr. Portale to respond. On November 3, 2023, Mr. Portale submitted a letter to the Court asking to be relieved as defendant's counsel and otherwise responding to defendant's October 24 letter.

      Mr. Portale's application to be relieved as defendant's counsel is GRANTED.

      In his October 24 letter, defendant states that he is seeking to hire new counsel, which of course he has the right to do. The next pretrial conference in this case remains scheduled for December 20, 2023, at 12:00 p.m. Defendant's new counsel shall file a notice of appearance by that date and shall also appear in person for the December 20 conference.

      To the extent defendant's October 24 letter seeks any other relief, such request is DENIED as without merit.

      The two letters referred to above will be filed under seal.

      Mr. Portale is directed to provide a copy of this Order to defendant. If he has not already done so, Mr. Portale is also directed to provide a copy of his November 3 letter to defendant.

      The Clerk is instructed to terminate the appearance of Mr. Portale, as well as the appearance of his associate Chad Mair, Esq., as counsel for defendant Johnson.

Dated: November 6, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge