UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA   :
                                       :   **ORDER**
v.                                       :
                                       :   23 CR 468-1  (VB)
DWAYNE JOHNSON   :
               Defendant.   :
------------------------------------------------------x

      It is hereby ORDERED that   Richard D. Willstatter, Esq.  is appointed as attorney for defendant Johnson pursuant to the Criminal Justice Act.

Dated:  December 20, 2023
           White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge