# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/24

May 16, 2024

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Dwayne Johnson</u>
S1 23 Cr. 468 (VB)

Dear Judge Briccetti:

This is a request for permission for appointed counsel, including me and Emilee A. Sahli, Esq., to submit interim vouchers in this case. Under Section IX(C) of the SDNY's Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act of 1964, the Court may approve the submission of interim payments to counsel where it is considered necessary and appropriate. This is a complex case with voluminous discovery in which counsel has paid for hard drives, a laptop, and shipping costs, among other expenses.

Very truly yours,

/s/ Richard Willstatter
RICHARD D. WILLSTATTER

APPLICATION GRANTED
SO ORDERED:
/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 5/16/24
White Plains, NY