USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                                                    :        **ORDER**

v.                                                   :

                                                  :        S1 23 CR 468-1 (VB)
DWAYNE JOHNSON,  :
                             Defendant.  :
--------------------------------------------------------------x

       By letter dated May 3, 2024, defendant Johnson has requested an order compelling the government to produce "the toll records received and relied upon by the agent as well as the unredacted documents produced to the government from T-Mobile and Charter Communications." The reference to "agent" is a reference to the special agent who submitted an affidavit in support of a search warrant obtained in February 2023.

       The request is DENIED.

       The government has represented that it has produced the requested toll records. Thus the request for toll records is moot.

       As to the request for "unredacted documents," the government represents that it has produced all materials relied on in obtaining the February 2023 warrant, including subscriber records relating to a telephone number that include the subscriber's name, email address, and telephone number. According to the government, certain personal information regarding this individual (who has not been charged in this case), was redacted, including "account information, the individual's address, and other personal identifying information not associated with the evidence underlying the warrant application." The Court is satisfied that the redacted information does not constitute information material to the defense or otherwise required by Brady. Accordingly, the government need not produce the documents in entirely unredacted form.

Dated: May 20, 2024
       White Plains, NY

                                             SO ORDERED:

                                             _____
                                             Vincent L. Briccetti
                                             United States District Judge