# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/24

October 10, 2024

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Dwayne Johnson</u>
S1 23 Cr. 468 (VB)

Dear Judge Briccetti:

This is an application to unseal a 2703(d) application and order issued by former Magistrate Judge Paul E. Davison on November 16, 2022 so I can file a copy of it with Dwayne Johnson's pretrial motion to suppress. The 2703(d) application and order are still sealed although the government has provided copies in discovery and I was permitted to obtain a copy of the original from the Clerk's Office. The government does not oppose this motion.

Before filing the document, I will redact Mr. Johnson's social security number, date of birth, and all but the last four digits of his bank account numbers in accordance with S.D.N.Y. Local Rule 21.4 and Fed. R. Crim. P. 49.1.

There is a Protective Order in this case provides, "Sealed Material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court." The Issued Warrants, 2703(d) Orders, and Google 2703(d) Order Returns were designated Attorney's Possession Only while Subpoena Returns were designated as Attorney's Eyes Only. The government has consented to my filing of these documents (with required redactions) and, accordingly, no separate order is required for the filing of these documents to comply with the Protective Order.

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 10/11/24
White Plains, NY

Very truly yours,

/s/ Richard Willstatter
RICHARD D. WILLSTATTER