```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :     **ORDER**
v.                                       :
                                         :     S1 23 CR 468-1 (VB)
DWAYNE JOHNSON,                          :
                         Defendant.      :
--------------------------------------------------------------x

      The Court has determined that an evidentiary hearing is not necessary or appropriate with respect to defendant Johnson's pretrial motions to (i) dismiss the S1 indictment or, in the alternative, dismiss Count One; (ii) dismiss Count Three; (iii) dismiss Count Four; and (iv) suppress post-arrest statements.  With respect to Johnson's motion to controvert warrants and suppress physical evidence, the Court has not yet decided whether to conduct an evidentiary hearing.  That matter, as well as all other case management matters, will be addressed at the pretrial conference scheduled for January 13, 2025, at 10:00 a.m.  If the Court decides to conduct an evidentiary hearing, that hearing will be scheduled for a later date.

Dated: January 2, 2025
       White Plains, NY

                                                    SO ORDERED:

                                                    _____
                                                    Vincent L. Briccetti
                                                    United States District Judge