```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
v.                                     :
                                       :
DWAYNE JOHNSON,                        :
                            Defendant. :
--------------------------------------------------------x
```

**ORDER**

S4 23 CR 468 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-25

For the reasons set forth on the record at a status conference held today, (i) Richard D. Willstatter, Esq., is relieved as defendant Dwayne Johnson's attorney; (ii) Matthew J. Kluger, Esq., is appointed as Johnson's lead counsel; (iii) Karloff C. Commissiong, Esq., is appointed as Johnson's learned counsel pursuant to 18 U.S.C. § 3005; and (iv) Emilee A. Sahli, Esq., is continued as Johnson's associate counsel.

The Clerk is instructed to terminate the letter motion at Doc. #115.

Dated: June 11, 2025
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti

Vincent L. Briccetti
United States District Judge