USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,                     :

v.                                            :

DWAYNE JOHNSON,                               :
                          Defendant.          :
-----------------------------------------------------x

**ORDER**

S4 23 CR 468-1 (VB)

At today's pretrial conference, and in a letter dated June 23, 2026, the government advised the Court it would not be seeking the death penalty against defendant Johnson.

Karloff C. Commissiong, Esq., was previously appointed as Learned Counsel pursuant to 18 U.S.C. 3005. For the reasons stated on the record at today's conference, (i) Mr. Commissiong shall remain in the case as defendant's counsel, except that he shall be compensated at the regular CJA rate, effective immediately, and (ii) lead counsel Matthew J. Kluger, Esq., and associate counsel Emilee A. Sahli, Esq., shall also remain in the case.

Dated: June 23, 2026
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge